Fourteenth Court of Appeals

NO. 14-15-00538-CR

FILED IN
14th COURT OF APPEALS
HOUSTON, TEXAS

SEP 04 2015

CHRISTOPHER A. PRINE
CLERK

| | | |
|---|---|---|
| Monzelle L. Steptoe | S | In THE DISTRICT COURT |
| Vs. | S S | 149th District Court |
| THE STATE of TEXAS | S S | BRAZORIA COUNTY TEXAS |

## Motion To Suspend Rule 9.3

TO THE HONORABLE JUDGE OF SAID COURT:

Now COME's Monzelle Lavan Steptoe, Appellant, Pro-se- in the Style number cause, Makes this Motion to Suspend Rule 9.3 of the Copies and will show this Court the following:

### I.

Appellant is incarcerated at the French M. Robertson Unit and is Indigent, and do not have access to a copy machine to provide the Court with the Copies requested.

### PRAYER

Appellant respectfully request this Court to Grant this motion to Suspend Rule 9.3 and allow Appellant to file this Supplemental Brief attached. SO PRAYED!!

Respectfully Submitted
Monzelle L. Steptoe 1622644
Monzelle L. Steptoe #1622644
French M. Robertson Unit
12071 FM 3522
Abilene Tx 79601

CC/copy STEPTOE's Motion To Suspend Rule 9.3
(Attached Supplemental Brief 11 pages